UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT GUSTAVSEN, JOSEPH CUGINI, DEMETRA COHEN, LEE WILBURN, JACKIE CORBIN, MARY LAW and CECELIA BRATHWAITE, | ) ) ) ) | |
| | ) | |
| on behalf of themselves and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-11961-MLW |
| | ) | |
| ALCON LABORATORIES, INC.; ALCON RESEARCH, LTD.; FALCON PHARMACEUTICALS, LTD.; SANDOZ, INC.; ALLERGAN, INC.; ALLERGAN USA, INC.; ALLERGAN SALES, LLC; PFIZER INC.; VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; BAUSCH AND LOMB INCORPORATED; ATON PHARMA, INC.; MERCK & CO., INC.; MERCK, SHARP & DOHME CORP., PRASCO, LLC; and AKORN, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' OMNIBUS MOTION TO DISMISS
FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

Defendants Alcon Laboratories, Inc., Alcon Research Ltd., Falcon Pharmaceuticals, Ltd.,

Sandoz, Inc., Allergan, Inc., Allergan USA, Inc., Allergan Sales, LLC, Pfizer Inc., Valeant

Pharmaceuticals International, Inc., Bausch & Lomb Incorporated, Aton Pharma, Inc., Merck &

Co., Inc., Merck, Sharp & Dohme Corp., Prasco, LLC, and Akorn, Inc. ("Defendants"), hereby

move this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure

for an order dismissing the First Amended Class Action Complaint for Damages and Injunctive

1

Relief ("FAC").  The grounds for this motion are set forth in the accompanying memorandum of law.  Defendants further state:

1.     Plaintiffs filed the FAC (Dkt. No. 43) on September 24, 2014, in lieu of responding to Defendants' pending motions to dismiss, which were filed on September 5, 2014 (Dkt. Nos. 38-41).

2.     The filing of the FAC procedurally moots Defendants' motions to dismiss.

3.     The Court previously granted Defendants' Assented-To Motion for Approval of Briefing Structure and Schedule, which permitted Defendants to file an omnibus motion to dismiss and supporting memorandum of law signed by all Defendants, the memorandum not to exceed thirty (30) pages; and a motion to dismiss based on federal preemption and supporting memorandum of law signed by the Generic Defendants, the memorandum not to exceed twenty (20) pages.  (Dkt. Nos. 12, 42.)

4.     Given that the FAC does not add any new claims or parties and Defendants' memorandum in support of this Motion is substantially the same as the supporting memorandum filed on September 5, 2014 (Dkt. No. 41), Defendants have filed the supporting memorandum for this Motion in accordance with the Court's order approving the 30-page limit for the initial memorandum in support of the omnibus motion to dismiss.  Should the Court require a separate order approving enlargement of the page limit for this second omnibus motion, Defendants will submit an appropriate motion and draft order.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

## <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Undersigned counsel certifies that they have conferred with Plaintiffs' counsel in accordance with Local Rule 7.1(A)(2) in connection with this motion.

Dated:  October 10, 2014                    Respectfully submitted,

                                 */s/ David S. Clancy*
                                 David S. Clancy (BBO #636031)
                                 SKADDEN, ARPS, SLATE,
                                 MEAGHER & FLOM LLP
                                 500 Boylston Street
                                 Boston, Massachusetts 02116
                                 Tel.:  (617) 573-4800
                                 David.Clancy@skadden.com

                                 Robyn E. Bladow (*pro hac vice*)
                                 Shaun Paisley (*pro hac vice*)
                                 KIRKLAND & ELLIS LLP
                                 333 South Hope Street
                                 Los Angeles, California 90071
                                 Tel:  (213) 680-8400
                                 Fax:  (213) 680-8500
                                 rbladow@kirkland.com
                                 spaisley@kirkland.com

                                 *Attorneys for Defendant Pfizer Inc.*

                                 */s/ Joseph P. Crimmins*
                                 Joseph P. Crimmins (BBO #556582)
                                 Posternak Blankstein & Lund LLP
                                 800 Boylston Street
                                 Boston, Massachusetts 02199
                                 Tel.:  (617) 973-6100
                                 jcrimmins@pbl.com

                                 Of Counsel:

                                 J. Stanton Hill (*pro hac vice*)
                                 Florida Bar No. 71973
                                 POLSINELLI PC
                                 1355 Peachtree Street, N.E., Suite 500
                                 Atlanta, Georgia 30309-3232
                                 Tel.:  (404) 253-6000
                                 jshill@polsinelli.com

John M. Kilroy, Jr. (*pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
jkilroyjr@polsinelli.com

*Attorneys for Defendant Akorn, Inc.*

_____/s/ Amy Cashore Mariani_____
Amy Cashore Mariani, Esq. (BBO #630160)
FITZHUGH & MARIANI LLP
155 Federal Street, Suite 1700
Boston, Massachusetts  02110-1727
Tel.:  (617) 695-2330
Fax:  (617) 695-2335
amariani@fitzhughlaw.com

Stephen G. Strauss (*pro hac vice*)
Randy J. Soriano (*pro hac vice*)
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel.: (314) 259-2000
Fax:  (314) 259-2020
sgstrauss@bryancave.com
rjsoriano@bryancave.com

*Attorneys for Defendants Merck & Co., Inc.; Merck, Sharp & Dohme Corp; Prasco, LLC*

/s/ David G. Thomas_____
David G. Thomas (BBO #640854)
Michael Pastore (BBO #669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: 617-310-6040
Fax: 617-897-0940
thomasd@gtlaw.com
pastorem@gtlaw.com

Lori G. Cohen (*pro hac vice*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212
cohenl@gtlaw.com

Gregory E. Ostfeld (*pro hac vice*)
Francis A. Citera (*pro hac vice*)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312-456-8400
Fax: 312-456-8435
ostfeldg@gtlaw.com
citeraf@gtlaw.com

*Attorneys for Defendants Alcon Laboratories, Inc.;
Alcon Research, Ltd.; Falcon Pharmaceuticals,
Ltd.; Sandoz Inc.*

*/s/ David B. Chaffin*
David B. Chaffin (BBO #549245)
WHITE AND WILLIAMS LLP
99 Summer Street , Suite 1530
Boston, Massachusetts 02110
Tel: 617-748-5200
Fax: 617-748-5201 (fax)
chaffind@whiteandwilliams.com

*Attorneys for Defendants Valeant Pharmaceuticals
International, Inc.; Bausch & Lomb Incorporated;
Aton Pharma, Inc.*

*/s/ W. Scott O'Connell*
W. Scott O'Connell, Esq. (BBO #559669)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
T: (617) 345-1150
F: (866) 947-1393
soconnell@nixonpeabody.com

*Attorneys for Defendants Allergan, Inc.; Allergan
USA, Inc.; Allergan Sales, LLC*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 10, 2014.

Dated:  October 10, 2014                    */s/ David S. Clancy*
                                            David S. Clancy (BBO #636031)