UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GUSTAVSEN et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALCON LABORATORIES, INC., et al, )<br>)<br>Defendants. ) | Civil Action No. 1:14-cv-11961-MLW |

## UNOPPOSED MOTION FOR STIPULATED ORDER OF CONFIDENTIALITY

Pursuant to Fed. R. Civ. P., Rule 26(c), the parties, through their counsel, request that the Court enter the attached Stipulated Order of Confidentiality to govern the production, discovery and handling of confidential information and documents in this action as an order of the Court. This motion is being filed at this time because, in response to arguments by Defendants relating to their motion to dismiss, Plaintiffs intend to seek leave to submit certain documents obtained through discovery in another matter, as to which Defendants assert confidentiality.

Defendants intend to object to the submission of these documents. Nothing contained in this joint motion or the attached Stipulated Order of Confidentiality shall be deemed to waive Defendants' arguments or objections in opposition to any motion Plaintiffs file seeking leave to submit the discovery documents at issue.

Dated:   December 17, 2015              Respectfully submitted,

                                                         By:   *Kenneth J. DeMoura*

                                                           Kenneth J. DeMoura
                                                           BBO#: 548910
                                                           DEMOURA|SMITH LLP
                                                           One International Place, 14th Floor
                                                           Boston, MA 02110
                                                           Office: 617.535.7531
                                                           kdemoura@demourasmith.com

                                                           and

                                                           */s/ Emily Lisa Perini*
                                                           BBO #: 684103
                                                           PERINI-HEGARTY & ASSOCIATES, P.C.
                                                           225 Franklin Street, 26th Floor
                                                           Boston, MA 02110
                                                           Office: 617.217.2832
                                                           elp@perinihegartypc.com

                                                           and

                                                           Richard S. Cornfeld *(Pro Hac Vice)*
                                                           LAW OFFICE OF RICHARD S. CORNFELD
                                                           1010 Market Street, Suite 1720
                                                           St. Louis, MO 63101
                                                           (314) 241-5799
                                                           (314) 241-5788 (fax)
                                                           rcornfeld@cornfeldlegal.com

                                                           and

                                                           John G. Simon *(Pro Hac Vice)*
                                                           Kevin M. Carnie, Jr. *(Pro Hac Vice)*
                                                           THE SIMON LAW FIRM, P.C.
                                                           800 Market Street, Suite 1700
                                                           St. Louis, MO 63101
                                                           (314) 241-2929
                                                           (314)241-2029 (fax)
                                                           jsimon@simonlawpc.com
                                                           kcarnie@simonlawpc.com

                                                           *Attorneys for Plaintiffs*

UNOPPOSED BY:

/s/ David S. Clancy (w/consent)
David S. Clancy (BBO #636031)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Tel.: (617) 573-4800
David.Clancy@skadden.com

and

Robyn E. Bladow (*pro hac vice*)
Shaun Paisley (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
rbladow@kirkland.com
spaisley@kirkland.com

*Attorneys for Defendant Pfizer Inc.*

/s/ David B. Chaffin (w/consent)
David B. Chaffin (BBO #549245)
WHITE AND WILLIAMS LLP
99 Summer Street, Suite 1530
Boston, Massachusetts 02110
Tel: 617-748-5200
Fax: 617-748-5201 (fax)
chaffind@whiteandwilliams.com

and

James P. Muehlberger (*pro hac vice*)
Lori A. McGroder (*pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
jmuehlberger@shb.com
lmcgroder@shb.com

*Attorneys for Defendants Valeant Pharmaceuticals*

3

*International, Inc.; Bausch & Lomb Incorporated; Aton Pharma, Inc.*

/s/ W. Scott O'Connell (w/consent)
W. Scott O'Connell, Esq. (BBO #559669)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
T: (617) 345-1150
F: (866) 947-1393
soconnell@nixonpeabody.com

and

James P. Muehlberger (*pro hac vice*)
Lori A. McGroder (*pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
jmuehlberger@shb.com
lmcgroder@shb.com

*Attorneys for Defendants Allergan, Inc.; Allergan USA, Inc.; Allergan Sales, LLC*

 /s/ Joseph P. Crimmins (w/consent)
Joseph P. Crimmins (BBO #556582)
Posternak Blankstein & Lund LLP
800 Boylston Street
Boston, Massachusetts 02199
Tel.:  (617) 973-6100
jcrimmins@pbl.com

and

 Of Counsel:

J. Stanton Hill (*pro hac vice*)
Florida Bar No. 71973
POLSINELLI PC
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
Tel.:  (404) 253-6000
jshill@polsinelli.com

and

John M. Kilroy, Jr. (*pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
jkilroyjr@polsinelli.com

*Attorneys for Defendant Akorn, Inc.*

  /s/ *Amy Cashore Mariani (w/consent)*
Amy Cashore Mariani, Esq. (BBO #630160)
FITZHUGH & MARIANI LLP
155 Federal Street, Suite 1700
Boston, Massachusetts 02110-1727
Tel.:  (617) 695-2330
Fax:  (617) 695-2335
amariani@fitzhughlaw.com

and

Stephen G. Strauss (*pro hac vice*)
Randy J. Soriano (*pro hac vice*)
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel.: (314) 259-2000
Fax:  (314) 259-2020
sgstrauss@bryancave.com
rjsoriano@bryancave.com

*Attorneys for Defendants Merck & Co., Inc.; Merck, Sharp & Dohme Corp; Prasco, LLC*

  /s/ *David G. Thomas (w/consent)*
David G. Thomas (BBO #640854)
Michael Pastore (BBO #669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: 617-310-6040
Fax: 617-897-0940
thomasd@gtlaw.com
pastorem@gtlaw.com

and

5

Lori G. Cohen (*pro hac vice*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212
cohenl@gtlaw.com

and

Gregory E. Ostfeld (*pro hac vice*)
Francis A. Citera (*pro hac vice*)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312-456-8400
Fax: 312-456-8435
ostfeldg@gtlaw.com
citeraf@gtlaw.com

*Attorneys for Defendants Alcon Laboratories, Inc.;*
*Alcon Research, Ltd.; Falcon Pharmaceuticals,*
*Ltd.; Sandoz Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 17, 2015.

                         */s/ Richard S. Cornfeld*
                         Richard S. Cornfeld